EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br><br><br>David V. Barbosa Alameda | 2011 TSPR 117<br><br><br>182 DPR ____ |

Número del Caso: TS-8943

Fecha: 5 de agosto de 2011

Abogado de la Parte Peticionaria:

      Por derecho propio

Colegio de Abogados

      Lcda. Carmen I. Navas
      Procuradora del Abogado

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

David V. Barbosa Alameda                TS-8943

Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez como su Presidenta, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señor Rivera García y señor Feliberti Cintrón

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de julio de 2011

El 18 de marzo de 2005, separamos a David V. Barbosa Alameda del ejercicio de la abogacía por hacer caso omiso de una orden previa emitida por este Tribunal. La orden emitida se refería al impago de la cuota de colegiación compulsoria por parte de Barbosa Alameda.

El 3 de mayo de 2011, el señor Barbosa Alameda nos solicitó reinstalación al ejercicio de la abogacía. Éste explicó las razones para su incomparecencia inicial aceptando su error.

Posteriormente, le ordenamos que nos certificara haber satisfecho la deuda contraída con el Colegio de Abogados. El Colegio compareció y así nos lo certificó.

Evaluada la solicitud de reinstalación presentada, así como el expediente personal del señor David V. Barbosa Alameda, se ordena su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo